# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

ERIC L. WAKEFIELD _____

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

FRANKLIN COUNTY JAIL, Lt.
1) ANTHONY SCOBLE 3) DR. JEFF BARRA,
4) DR. S. IBBARRA 5) DR. IBRAHEIM,
6) SHERIFF DAVID BARTONI, See Attached
PAGE Rest of *Defendant(s)/Respondent(s)*
NAMES Involved.

Case Number: __24-2150-SMY__

*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement. Eric L. WAKEFIELD #201900235/Y58277
previous – FRANKLIN COUNTY JAIL
403 E. Main St.
BENTON, IL. 62812
Current (Danville Correctional
3820 E. Main St. Center
Danville, IL. 61834

**Defendant #1:**

B.   Defendant __Lt. ANTHONY SCOBLE__ is employed as
           (a)        (Name of First Defendant)
__JAIL Lt. Corrections officer/JAIL ADMINISTrator__
           (b)        (Position/Title)
with __FRANKLIN COUNTY JAIL 403 E. Main St. Benton, IL. 62812__
           (c)        (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: Corrections officer/JAIL ADMINIS.
AT FRANKLIN County JAIL.

Rev. 10/3/19

**Defendant #2:**

C.    Defendant OFFICER KENDALL LONG                is employed as

(Name of Second Defendant)

DEPUTY OFFICER FRANKLIN COUNTY SHERIFF'S DEPT.
(Position/Title)

with FRANKLIN COUNTY SHERIFF's DEPT.
(Employer's Name and Address)
403 EAST MAIN ST. BENTON, IL, 62812

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain: Drug Enforcement AGENT
KENDALL LONG SERVED AS A D.E.A AGENT (8)years; Employed WITH The CHRISTOPHER POLICE DEPT. AS CHIEF OF POLICE, DEMOTTED TO SGT, THEN Employed AT the FRANKLIN County SHeriff's DePT, IN March FEBRUARY 2021.

Defendant #7 DR. LOUCHARD: Employed FRANKLIN County JAIL, 403 E. Main St. Benton, IL. 62812.

**Additional Defendant(s) (if any):**
Defendant #8: GAGE DARNELL: Corrections officer, Employed FRANKLIN County JAIL; 403 E. MAIN ST. Benton, IL. 62812

D.    Using the outline set forth above, identify any additional Defendant(s). Employed:
DEFENDANT #9: KIETH LAMPLEY: CORRECTIONAL OFFICER FROM ?? to ARRIL 2023, AT FRANKLIN COUNTY JAIL 403 East. Main ST. Benton, IL. 62812. EmployED:

DEFENDANT #10: WILLIAM MATTHEW PEMBERTON: CORRECTIONAL OFFICER, ?? 2019 TO 2023, FRANKLIN COUNTY JAIL, 403 East MAIN ST. BENTON, IL. 62812.

DEFEDANT #11: ANN LYTLE: CORRECTIONAL OFFICER, ?? EMPLOYED: TO CURRENT, FRANKLIN COUNTY JAIL 403 EAST MAIN ST. BENTON, IL. 62812.

DEFEDIDANT #12: FRANKIE VALESQUEZ: EMPLOYED: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 EAST MAIN ST. BENTON, IL. 62812.

DEFENDANT #13: JOHN WHEATLEY: EMPLOYED CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 EAST MAIN St. BENTON, IL. 62812.

DEFENDANT #14: MEGAN DUIGWID: EMPLOYED: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 EAST MAIN ST. BENTON, IL. 62812.

DEFENDANT #15: MALLORY KELLEY: EMPLOYED: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 EAST MAIN ST. BENTON, IL. 62812

Rev. 10/3/19

DEFEDANT #16: KENNY JACOBS: EMPLOYED: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 EAST MAIN St. BENTON IL. 62812    (2A) (2C)

SEE ATTACHMENT PAGES FOR REST OF DEFENDANT PAGE 2 AND (2B) (2D)

ATTACHMENT TO PAGE 2
ADDITIONAL DEFENDANT(S):

EMPLOYED:
DEFENDANT #17: PATRICIA JACKSON: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 East MAIN ST. BENTON, IL. 62812.

EMPLOYED:
DEFENDANT #18: GERALD DORIS: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 East MAIN ST. BENTON, IL. 62812.

EMPLOYED:
DEFENDANT #19: CASEY JACKSON: CORRECTIONAL OFFICER, FRANKLIN County JAIL, 403 East MAIN ST. BENTON, IL. 62812.

Employed:
DEFENDANT #20: JACOB BARTONI: CORRECTIONAL OFFICER, FRANKLIN County JAIL, 403 East MAIN ST. BENTON, IL. 62812

Employed:
DEFENDANT #21: ZANE YOUNG: CORRECTIONAL OFFICER, FRANKLIN COUNTY JAIL, 403 East MAIN ST. BENTON, IL. 62812.

(AMENDED COMPLAINT):                    Employed:
DEFENDANT #22: SUE MASON: CORRECTIONAL OFFICER, FRANKLIN County JAIL, 403 East MAIN ST. BENTON, IL, 62812.

AMENDED COMPLAINT):
DEFENDANT #7: PHILLIP GALLAGHER: Correctional OFFICER, FRANKLIN COUNTY JAIL, 403 E. MAIN ST. BENTON, IL. 62812.

Amended Complaint:                    Employed:         Medical TO
DEFENDANT #23: DR. JEFF BARRA: DOCTOR, FRANKLIN County JAIL, INMATES, FROM ?? 2019 to JUNE 2023, 403 E. MAIN ST. BENTON, IL. 62812

Amended Complaint:                    Employed:         Medical FOR
DEFENDANT #24: DR. S. IBARRA: DOCTOR, FRANKLIN County JAIL, INMATES, 403 E. MAIN ST. BENTON, IL. 62812

Amended Complaints:                   Employed         Medical For
DEFENDANT #25: DR. IBRAHEIM: DOCTOR, FRANKLIN County JAIL, Inmates, 403 E. Main St. Benton, IL. 62812.

Amended Complaint: 26,                                Employed
26) DEFENDANT #OFFICER KENDALL LONG, DEPUTY SHERIFF FRANKLIN COUNTY SHERIFF'S DEPT., D.E.A FOR 8 years - Drug Enforcement AGENT, AND CHIEF OF POLICE - CHRISTOPHER POLICE DEPT. DEMOTTED

PAGE 2B OF 13

ATTACHMENT TO PAGE 2, 2A,
ADDITIONAL DEFENDANT(S):

Continued;                                    PAST EMPLOYMENT:
TO SGT: KENDALL LONG OF CHRISTOPHER POLICE DEPT. IN AT
208 N. THOMAS ST. CHRISTOPHER, IL. 62822

AMENDED COMPLAINT:                            Employed:
DEFENDANT #27: OFFICER ANDREW TROGOLO: ASSISTANT CHIEF CHRISTOPHER
POLICE DEPT. 218 MARKET ST. CHRISTOPHER, IL. 62822.

Amended Complaint:                            Employed:
DEFENDANT #28: OFFICER DAVID LOUCKS: Zeigler POLICE DEPT. AT
                                             Zeigler, IL. 62

Amended Complaint:      WILLIAM             Employed
DEFENDANT #30: CHIEF SOUTHERD: CHIEF OF POLICE, CHRISTOPHER POLICE
DEPT, 208 N. THOMAS ST. CHRISTOPHER, IL. 62822.
                       THOMAS ST.

Amended Complaint:                            Employed:
DEFENDANT #31: OFFICER RYAN MORGAN: SESSER POLICE DEPT; AT
302 W. Franklin Avenue          SESSER, IL. 62884

Amended Complaint:                            Employed: UNIT FR104,
DEFENDANT #32: KATIE HARPER: PARAMEDIC ABBOTT AMBULANCE, AT
301 E. PARK St. BENTON, IL. 62812.

Amended Complaint:                            Employed: UNIT FR104,
DEFENDANT #33: KARA DAY: E.M.T. "EMERGENCY MEDICAL TECNICIAN"
ABBOTT Ambulance, AT 301 E. Park St.           BENTON, IL. 62812

Amended Complaint:
DEFENDANT #34: I.S.P.C.S.I. DANIEL GLOVER: ILLINOIS STATE POLICE
CRIME SCENE INVESTIGATORS, At 401 Industrial Ave. Effingham, IL
EFFINGHAM, IL.                                               62401

Amended Complaint:
DEFENDANT #35: I.S.P.C.S.I STEPHANIE LUKER: ILLINOIS STATE POLICE
CRIME SCENE INVESTIGATORS, AT 401 Industrial Ave. Effingham,
EFFINGHAM, IL.                                          IL. 62401

Amended Complaint:                            Employed
DEFENDANT #36: SHERIFF DEPUTY BRICE SHAFFER: FRANKLIN COUNTY SHERIFF
DEPT. 403 E. Main ST. BENTON, IL. 62812.

Amended Complaint:                            Employed:
DEFENDANT #37: SHERIFF DEPUTY PAUL URASKI: FRANKLIN COUNTY SHERIFF'S Dept,
403 E. MAIN ST. BENTON, IL. 62812. PAGE 2B OF

Amended Complaint: Employed
DEFENDANT #38: ED DORCEY: ATTORNEY PAID $7,500.00 1809 W. MAIN
Suite 236, Carbondale, IL. 62901.

Employed:
Amended Complaint:
DEFENDANT #39: Aaron Michael HOPKINS: ATTORNEY, 402 E. Main St. West
FRANKfort, IL. 62896.

Employed:
Amended Complaint:
DEFENDANT #40: KEVIN POPIT: Public DEFENDER, 105 E. Main St. Benton, IL.
62812.

Employed:
Amended Complaint:
DEFENDANT #41: PHillip BUTLER: STATES ATTORNEY'S OFFICE, 411 E. MAIN ST.
BENTON, IL. 62812.

Employed:
Amended Complaint:
DEFENDANT #42: ABBY DINN: STATES ATTORNEY'S OFFICE, 411 E. MAIN
St. BENTON, IL. 62812.

Employed
Amended Complaint:
DEFENDANT #43: ERIC BUTTS & APRIL BUTTS: MENARD CORRECTIONAL
CENTER, AT 711 E. Kaskaskia St. MENARD, IL. 62259.

Employed Correctional Officer
Amended Complaint:
DEFENDANT #44: DAVID HOUSE: FRANKLIN COUNTY JAIL, AT 403 E. MAIN
St. BENTON, IL. 62812

Employed
Amended Complaint:
DEFENDANT #45: DAVID BUTLER: CORRECTIONAL OFFICER, FRANKLIN
COUNTY JAIL, 403 E. Main St. BENTON, IL. 62812.

Employed
Amended Complaint:
DEFENDANT #46: MELISSA MORGAN: FRANKLIN COUNTY COURTS,
901 Public Square P.O. BOX 485 BENTON, IL. 62812-0485.

Employed
Amended Complaint:
DEFENDANT #47: ERIC DERNBECK: FRANKLIN COUNTY COURTS,
901 public Square P.O. BOX 485 BENTON, IL. 62812-0485.

Employed
Amended Complaint:
DEFENDANT #48: Thomas JosePH Tedeschi: FRANKLIN COUNTY COURTS,
901 public Square P.O. Box 485 BENTON, IL. 62812-0485

PAGE 2C OF

Amended Complaint:

Defendant #49: William GORDON WORKMAN: Springfield, IL. Courts,
    Amended Complaint:    200 E. Capitol Ave Employed Springfield, IL. 62701

Defendant #50: PEGGY WAKEFIELD: Court Reporter, FRANKLIN County
    COURTS AT, 901 Public Square, BENTON, IL. 62812.
    Amended Complaint:                                            62812

Defendant #51: BENTON Medical Hospital; 201 Baily Ln. Benton, IL. ~~62812~~
    Amended Complaint:                        Employed

Defendant #52: DAVID BARTONI - FRANKLIN County SHeriff's Dept. And Warden of Franklin County Jail At 403 E. Main St. Benton, IL. 62812. DAVID Bartoni Was Also Employed As A D.E.A. Agent For the Surrounding Counties "Drug Enforcement AGENT." For X Amount of years.

        State Police Stated Numerous problems, Suspicions on Medical Treatment by "Medical Staffers" (I.D.O.C.) Corrections officer's Misconduct, Inmate ON Inmate orders, As in Eric Wakefield case AT Franklin County Jail By "PHIL GALLAGHER", "Kieth Lampley," "GAGE DARNell," Deputy Paul Uraski, Sheriff David Bartoni, of Attacks, Assaults, Drilling and stealing papers, Legal Documents by their Own Chosen Inmate on Another Inmate of Misconduct, United States Department of Justice. See: PITTS V. South Carolina, 65 F. 4th. 141 (4th. Cir. 2023)

    1) Justice Department Administrative Claims, See 28 C.F.R. §14.1 et. Seq.

    2) Medical Malpractice Claims, requisites and Suffiency of claims Rule 202, or 15A Federal Procedure §63:75, Personal Injury Complaint, Medical Malpractice of Improper Diagnosis.

    3) 22 Am. Jur. Pl. - Sheriff's, Police and constables §92 Complaint, Privacy Protection Act of Wrongful Search And Seizure of writings, Personal EFFects by officers And UnLawful - Acts of Interrogations.

    4) Medical Malpractice protection under the Federal Tort Claims Act: Protecting Claimants. 58 FordHam L. Rev. 1007 (1940).

    5) Obstruction of Mail - 18 U.S.C. §1702

    6) Mail Tampering - 18 U.S.C. §1708

    7) Theft of Mail - 18 U.S.C. §1701.

                        PAGE 2D OF

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits: ERIC L. WAKEFIELD
Plaintiff(s):

V.

Defendant(s): GAGE DARNELL, JACOB BARTONI, Judgment
FRANKLIN COUNTY JAIL
403 E. MAIN ST.
BENTON, IL 62812

2.   Court (if federal court, name of the district; if state court, name of the county): UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

3.   Docket number: 21-CV-00867-JPG /// 22-01768-JPG; 22-01766-JPG; 22-01764-JPG; 22-01772-JPG; 22-01769-DWD; 22-01767-NJR

4.   Name of Judge to whom case was assigned: 22-01769-DAVID DUGAN) (JUDGE PHIL GILBERT = 21-00867; 22-01764; 22-01772; 22-01766; 22-01768. (22-01767-NANCY J Rosenstrengl

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights Violations, Refusal of Medical, Bleeding over 7 HRS., HERNIA, "Anuerysm" deliberate Indifference, Obstruction Aiding, Abetting, Hindering, Harboring, FRAUD, THEFT, Obstructing Justice, STATE and Federal Rights Violations, Harrassment, Aggravated Stalking

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Judgment to Defendant. Case 22-01768-JPG-pending, Case No: 22-01766-JPG-pending magistrate, 22-01772-Dismissed For failure of Claim; 22-01769-Dismissed without prejudice Failure of claim 22-01764-Dismissed without prejudice For failure To state A claim. 22-01767-Order Dismissing case. 21-00867-JPG-Judgment-JACOB BARTONI.

(22-01766-JPG) 22-01772-JPG)       CASE NO.'s
8-3-2022 / 8-3-22                21-00867-JPG) 22-01764-JPG
                                                 8/3/22

7.   Approximate date of filing lawsuit: July, 30, 2021
(8-4-22 = 22-01767-NJR) 22-01769-DWD - 8-3-22 )(22-01768-JPG -8-3-2022)

8.   Approximate date of disposition (Pending, Jury Demand, 22-01766-JPG)
22-01764-JPG - )(22-01767-NJR) 22-01769-DWD) (22-01772-JPG)
5/17/23 disp.  )( 8-29-2022  )( 10-24-2022 )( 5-22-2023 )
(21-00867-JPG) (22-01768-JPG - Pending, Jury Demand)
Judgment,  Was the case dismissed as being frivolous, malicious, or for failure to
Defendant   state a claim upon which relief may be granted and/or did the court
            tell you that you received a "strike?"  22-01772-JPG
(22-01764-JPG) 22-01767-NJR) 22-01769-DWD   Dismissed Fail
Dismissed, Failed/Order Dismissing Dismissed Fail   to state A claim
to state A claim / Case   to state A claim
                          Plus A Strike

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
     grievance procedure?                                    ☒ Yes   ☐ No

C.   If your answer is YES,
     1.   What steps did you take?
     FIled Grievances over 200 Since Oct. 2019, About Head Trauma.
     Told Corrections Officer's, Told Franklin County Sheriff's Dept.
     They were Told To IGNORE my complaints, by David Bartoni And In
     Corroboration with Fellow officer's Misconduct.
     2.   What was the result?
     Just Sit And Suffer, No Help, All Affilliated with Misconduct by
     Phil Gallagher, GAGe Darnell, Matt Pemberton, Kenny JacoBs, John
     Wheatly, Paul Wraski, Eric Butts, April Butts, Kendall Long,
     Phillip Butler, ABBY Dixon, David Bartoni, Their BOSS AT JAIL.

D.   If your answer is NO, explain why not.



E.   If there is no prisoner grievance procedure in the institution, did you
     complain to prison authorities?                         ☒ Yes   ☐ No
     JaiL, Was Ignored, Cause of case, of Lies, Perjured
     Testimony by Deborah, Kids, Cody, Cheyanne Was Told Not to SAY Anything.

F.   If your answer is YES,
     1.   What steps did you take? Made Complaints to Everyone, Nothing
     Done, Still filed Grievances, They were Being Ignored by David
     Bartoni, Tried Informing the Courts of it, Sent Letters,
     Documents, Motion of Discovery Copies, to the Attorney up
     North, And to Department of Justice.

Rev. 10/3/19

2.    What was the result? Judge Dernbeck, Stated I Quote "Just Cause, you send A Letter to the Court, We don't have to read Them, or A motion, if you Are Trying TO represent yourself. "So you are Getting Kevin Popit back. Judge William Gordon Workman's Interference, Fixing of Case OF FRAUD!

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I Exhansted All of my remedies options, Filing Complaints, My mail being opened, Legal mail being Tampered With, Obstruction Of Justice of withholding information To my Case of Being setup By Deborah, Wakefield, Phil Gallagher, Kendall Long, William Gordon Workman, Christopher Edwards and others. I have sent Letters, Exhibits, to the Courts, Attorneys Department St Justice of my Complaints and been Told by Judge Dernbeck They don't have To read Them. Attachment of Copies will be sent, when requested, Judicial Investigation of misconduct by Federal United States Courts; Of MOB Affilliated "Attempted Murder" on Eric Wakefield of MOB "AGGRAVATED Battery," And Government official misconduct; Witnesses.

#1) Corrections officer stated I Quote "Your being Rail Roaded"

#2) Corrections officer Stated I Quote," Despite our Difference's you were Just Given the short End of the stick"!

#3) Corrections officer Stated I Quote," you are Just Getting Shafted!" These Corrections officers Name will be presented to the Courts When requested from the Courts As witnesses 1, 2, 3,

#4) Doctor For unethical, unprofessional Conduct of (325 ILCS. 5/4)(Sec. 4).

#5) Fabrication of medical reports on Bleeding Case Dec 26, 27, 2020 by Corrections officers Gerald Doris, And Patricia Jackson told too.

#6) Preacher of A Confession, by A person, Not being Named right Now! Wanted For Eric to know who All involved! with the Theft, setup, Attack, On Eric for money!

#7) Police misconduct of Corroboration fellow Officers to Cover-up Crime of Theft, Active Concealment, FRAUD, securities Fraud, Theft, of money on False pretenses by Aquaintances of Phillip Gallagher of Lampley OIL Steve Lampely of Lampley OIL, Judge William Gordon Workman Judge Mullissa Morgan-(Divorce) knew about Head Injury, Judge Eric Dernbeck, Judge Thom Joseph Tedeschi, Misconduct, Judicial misconduct Rule 2.15, 83, 8,4, Judge Willia Gordon Workman's belligerant, biased, prejudiced Remarks To Eric Wakefield October 19, 2019 bill of Indictment, Arraisnment. See Attached Pages

Rev. 10/3/19

PAGE
OF

Franklin County Jail Since 9/26/2019 Cover-up Head Injury

1.) "Anuerysm" Back right side of Head, Next to the Kortex, Cerebral Damage. STATed I have Slowed Cognitive response and Comprehension. Dr. Jeff Barra ² Nurse Ashley Crider LPN, 11-11-19 BP 154/106 Pulse 82 of Head Throbbing and pressure "Anuerysm".

2.) Complaint of pressure inside Head on 11/26/19, Dr. Jeff Barra ² Ashley Crider LPN. Said Anuerysym" 2 cm fluctuant mass on the Occipent Rt. side Head on Back Next to Spine/Kortex, eyes PERRLEOMI, Dialated.

3) Complaint Head throbbing/Pressure, Pulsating, Eyes Blurred, having A Loss of time; BP 148/84 Pulse 90; reports loose his train of thought ² spaces out At times Dr. S. Beckmeyer. 1000 mg tylenol.

4) Complaint right side head Pain in back, Pulsating, Surging Jolts on 12/41/2019 Dr. Jeff Barra BP 137/98 Pulse 98.

5.) Complaint on 5/30/2020 Dr. Lochard 1000mg Tylenol 2x A DAY. Still Dealing with Head Pulsating, Eyes throb, Surging Jolts, Lump on Back of Head Swollen BP 143/99 Pulse 88.

6) Complaint Lump on Back of Head Swollen, Severe pressure in his Head BP. 134/92 Golf Ball size lump on Back of Head Tender to touch. "knot was cause By A Blow to the Head by A Vase and Billy club on 9/19. Ashley Crider LPN And Dr. Jeff Borra. 7/30/20.

7.) Complaint on 10/22/20 BP 151/90 Pulse 107 Dr. M— Lump on Back of Head "Anuerysm" is caused from A Blow to the Head; Post Traumatic Injury, Wife ² Her Boyfriend Attacked occupent while sleeping in his House on 9/26/2019 States he has daily pressure in his head, Surging Jolts, Throbbing, eyes throbbing ² Dialated, meds 200mg Tegcerol ² Conis 3.125 mg Bio x 12, He Spelles World As dlrow, House As Esuoh, After numerous Complaints, WAS told that He Has over 230 Grievances filled out, over 17 months of being refused Medical Attention on A serious Post Traumatic Head Injury Per Lt Anthony Scoble and Warden Sheriff DAVid Bartoni of Frankl County Jail to Cover-up Mr. Wakefield Head Injury he sustained By his Wife Deborah and Chris Nichls, Gage Darnell, MATT Pemberton and Phillip Gallagher

PAGE 2 OF

8 Complaint: 10/28/2019 Noted; (1) bulge ↑ groin WAS hAving Trouble using BAthroom for About 3 weeks, Dr. S. Beckmeyer; stAted for him Not to Do Any Sit-ups or tumbycrunches; meds-medic ll dos PAcks, 2nd complaint on Hernia 7/20/21 SoftBall Size Hernia bulging out Affecting his left leg, possible pinched Nerve, Ashley Crider LPN - meds given 1000 mg Tylenol.

Depravation of Medical UnDer Miranda V. CNty of LAke 9 F.3d. 335, with A claim under clause for Inadequate medical care they need to concede both medical conditions is serious.
2019-1729 #0 Christopher Police DepT. /// Crime Scene Services Command Crime Scene Region Division of Forensic Services DFS 19-04/524 Ill. State Police Crime Scene Propt.
Analyst Stephanie Linker.
On PAGE 18 Of 60 - Picture Top Left ot One of my Cell Phones.

On PG. 21 of 60 - Picture On Right Side 4th Picture Down From Top. One Bowl of Mac and cheese on Stove. White Tupper Ware Bowl.
On PG. 21 OF 60 - Picture on Right Side 3rd Picture Down From Top. One Bottle of Pills on Counter. She Gave Eric 2 white Pills "Zanty bars",
On PG. 21 of 60 - Picture on Left Side 3rd Picture Down From Top, Me & Debbie Was standing Hugging And Kissing For A Good 2 minutes.

On PG. 22 OF 60 - Picture On Right Top First Picture Down From Top, One Bowl Of Mac and cheese I ate out of, White Tupper Ware Bowl.
On PG. 22 of 60 - Picture On Right 3rd Picture Down From Top, One Bottle Of Pills Sitting on Counter. She gave me 2 Pills (white) Zanty Bars!
On PG. 22 of 60 - Picture on Right 4th Picture Down From Top, One Ash tray, ne bottle of Big red, 1 Cell phone, One Pack of Cigarettes, on Table Top.
On PG. 22 of 60 - Picture on Left, 4th Picture Down From Top Of Dining room Table Where Me and Debbie was Sitting And Talking from 15-20 minutes Smoking a Cigarette and I was sitting Eating A Bowl of Mac and cheese.



Eric Wakefield
#Y58277
DANville Correctional Center
3820 East main Street
DANville, IL. 61834

**Individual in Custody**
**Correspondence**

JUDICIAL INQUIRY BOARD
ATTN: DIR. MICHAEL DEENO
HONORAble OR KENT A. DELGADO
100 West Randolph Street
Suite 14-500
Chicago, IL. 60601-3233

US POSTAGE
ZIP 61834
02 7W
0008029905 JUL 16 2024
$ 000.97

NIXIE          601     CE 1          0108/04/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
MANUAL PROC REQ          *0098-05960-16-38

ILLINOIS DEPARTMENT OF CORRECTIONS

DANVILLE CORRECTIONAL CENTER

## LEGAL / PRIVILEGED MAIL PROOF OF SERVICE

Inmate Name: _Eric Wakefield_    Inmate Number: _Y58277_

Housing Unit/Wing/Cell: _3D64_    Date: _8/29/24_

_recieved it back!_

] Legal: _____

] Privileged: _____ RTS _____

] Express: _____

] Insured / Registered: _____

Name of Sender: _Judicial Inquiry Board_

Inmate's Signature: _X Eric Wakefield_

Officer's Name: _Rea_ / _A.R._

                    *Print Name*                                         *Sign Name*

### Return White Copy to Mailroom.

Distribution: Mailroom

Printed on Recycled Paper

DAN 0035 (Eff. 06/2005)
(Replaces DCA 24109)

DATES 64 THRU 103 missing

| Court Date |
|---|
| 13. 02/27/20 09:30 |
| 12. 01/15/20 13:30 |
| 11. 01/15/20 13:30 |
| 10. 01/15/20 13:30 |
| 9. 01/15/20 13:30 |
| 8. 12/19/19 09:30 |
| 7. 12/19/19 09:30 |
| 6. 12/19/19 09:30 |
| 5. 11/27/19 08:30 |
| 4. 10/23/19 13:30 |
| 3. 10/23/19 13:30 |
| 2. 10/23/19 13:30 |
| 1. 10/01/19 01:00 |

| Court Date | Cour |
|---|---|
| 63 11/09/22 08:30 | 19-Cl |
| 62 11/09/22 08:30 | 19-Cl |
| 61 09/28/22 01:30 | 19-Cl |
| 60 09/14/22 13:30 | 19-Cl |
| 59 08/02/22 09:30 | 19-C |
| 58 07/28/22 09:30 | 19-C |
| 57 05/03/22 09:30 | 19-C |
| 56 04/28/22 08:30 | 19-C |
| 55 03/02/22 08:30 | 19-C |
| 54 02/09/22 08:30 | |
| 53 01/06/22 13:30 | |
| 52 12/02/21 13:30 | 19-C |
| 51 09/30/21 09:30 | |
| 50 08/11/21 08:30 | |
| 49 07/07/21 01:30 | |
| 48 05/19/21 08:30 | |
| 47 04/06/21 09:30 | |
| 46 03/25/21 09:30 | |
| 45 03/25/21 09:30 | |
| 44 03/03/21 08:30 | |
| 43 03/03/21 08:30 | |
| 42 02/10/21 08:30 | |
| 41 02/10/21 08:30 | |
| 40 02/10/21 08:30 | |







## Court Event Log (WAKEFIELD

**Date Range** for all dates

| Court Date | Court Case # |
|---|---|
| 118 05/31/23 01:30 | 19CF396 |
| 117 05/31/23 01:30 | 19-CF-396 |
| 116 05/10/23 08:30 | 19-CF-396 |
| 115 04/12/23 08:30 | |
| 114 03/15/23 08:30 | 19-CF-396 |
| 113 03/07/23 09:30 | 19-CF-396 |
| 112 03/07/23 09:00 | 19-CF-396 |
| 111 02/23/23 09:00 | 19-CF-396 |
| 110 02/01/23 08:30 | 19-CF-396 |
| 109 01/26/23 08:30 | 23-CM-15 |
| 108 01/18/23 13:00 | |
| 107 01/18/23 13:00 | 23-CM-15 |
| 106 01/10/23 08:30 | 19-CF-396 |
| 105 12/22/22 09:30 | 19-CF-396 |
| 104 12/22/22 09:30 | 19-CF-396 |



| Court Date |
|---|
| 39 12/03/20 09:30 |
| 38 12/03/20 09:30 |
| 37 12/03/20 09:30 |
| 36 11/19/20 09:30 |
| 35 11/19/20 09:30 |
| 34 09/30/20 08:30 |
| 33 09/02/20 08:30 |
| 32 09/02/20 08:30 |
| 31 09/02/20 08:30 |
| 30 07/30/20 09:30 |
| 29 07/30/20 09:30 |
| 28 07/30/20 09:30 |
| 27 07/15/20 08:30 |
| 26 07/15/20 08:30 |
| 25 06/10/20 08:30 |
| 24 06/10/20 08:30 |
| 23 06/10/20 08:30 |
| 22 06/10/20 08:30 |
| 21 05/20/20 08:30 |
| 20 05/20/20 08:30 |
| 19 05/20/20 08:30 |
| 18 04/15/20 08:30 |
| 17 03/03/20 08:30 |
| 16 03/03/20 08:30 |
| 15 02/27/20 09:30 |
| 14 02/27/20 09:30 |

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

For 17 months, Grievances filed About Head Trauma, NOT recieving Any Adequate care, for the seriousness of the Head Trauma sustained by Deborah And friends of multiple Blows to the Head, MOB AGGRAvated Battery and Attempted Murder ON Eric, when it only Takes One blows to A Person's Head to kill or cause serious Brain Damage, Source United States Supreme Court.

1) Fourth Amendment - Right of the People to be: Safe, Secure in their persons, houses, papers, Effects shall Not be violated.

2) Be deprived of Life, Liberty or properties on "Perjured Testimonies."

3) Sixth Amendment - Confronted with the Witnesses against Him, Obtain Witnesses in his Favor, have Assistance of counsel for his defense.

4) Eighth Amendment - Nor Cruel and Unusual Punishment inflicted, Medical Denied, or Deliberated Indifference. Corroboration between Officer's, Corrections officer's

5) Fourteenth Amendment - The Equal rights and Protections rights Act of the Laws.

6) First Amendment - Retaliation, Intentional Infliction, Emotional Distress,

7) Bill of Rights - An Essential part of every American Constitution, Setting Forth Certain, Fundamental and Inalienable Civil & political rights of citizens, imposes A prohibition on Government from Interfering with such rights. Procedures to be followed by Government when it undertakes to deprive A Individual of Life, Liberty, or property. Rights of the Accused to A fair, Adequate Trial, writ of habeas corpus, right of counsel, And Constitutes the rule of due process of Law in Judicial Procedures.

8) Magna Carta - To Feudal Tenures, Protecting Subjects against oppressions, Arising From unreasonable Amercements, From Illegal distress or process from Tyrannical Abuse, purveyance and preemption, To defense within dwelling From Invaders, protections From strangers, with regard to the Administration of Justice, Lastly protected every Individual, in the free Enjoyment of His Life, Liberty and His property.

Privileges And Immunities of Federal Citizenship of All UNITED STATES CITIZENS.
- Security of the Dwelling and The Person -

Rev. 10/3/19

Guarantee of people's right to be secure in their persons, houses, papers, Effects against, No Person's Home can be Lawfully invaded Against His "Will, The right to Resist An Unlawful invasion, even to the Extent of Taking Life, if Necessary From Invaders. See ATTACHED PAGES.

Under 28 U.S.C.A Rule 60 (b) Federal Rules of Civil Procedures Sections (b) Grounds For Relief For order or proceeding, On Motion, Just Terms, The Court Issue Relief:

1) Mistake, inadvertence, surprise or Neglect, Inadequate Medical Care on Serious Head Trauma, My Dr. Brian Lee can vouch Never Had A Head Injury.

2) FRAUD Committed by Defendants on Personal Level in Contrivance Had Convened and contrive Malice, Malfeasance Conduct.

3) Libel And Slander; ILL. Digest 2d 35 Libel / to 89:

Malicious Defamation, by words spoken, written or printed, or by Signs, Pictures Etc., Injuries to A Person in his General reputation of A Living persona

To Hatred, Contempt, or ridicule, or Prejudicial to A Person in his Profession, Trade, occupation, employment, office or Otherwise Causing one Special Damages, or Injurious to one's interest in property, real or Personal, or Tending to Provoke A breach of the peace.

Justification or Excuse for or mitigation of such Defamation Nature And Extent of Liability of those speaking or publishing Such defamatory words, etc. Action for damages therefore; Criminal responsibly for Libels in General, and prosecution and punishment thereof As public offenses.

Subjects Excluded And Covered by other Topics:

Blasphemous and obscene Libels, See OBSCENITY, And Criminal LAW 45.20, 35 Ill.D.2d-11 I. Words And Acts Actionable, And Liability Therefore.

2) Perjured Testimony and Violations of Constitutional LAWS, State And Federal Discovery Violations; Judgment is VOID IN ABNITIO. Rule 60 (d) (3) Federal Courts Power to Grant Relief—This Rule does Not limit A Court's Power; Action To Relieve A party's Conviction From Judgment, order And 3) Set Aside A Judgment "For Fraud on the Court!"

PAGE    OF

42 § 1985; Interferences; Intent; Criminal Contempt, 42 § 2000h:
(IL.Admin.Code (1580 to Sect.1580.80) To protect Human Subject As
A Matter of LAW. Anyone Violates the Code of Federal Regulations (25 C.F.R.11.
440) Tampering with or Fabrication of Physical Evidence; Sections (a),(b), And
(25 C.F.R. 11,420) Tampering with Records, Reports; See deciey, Green, the
Classification of Crimes; Federal Rule of Evidence 609 (a)(2) origin of Crimen
Falsi; 903 J.Crim.L. & Criminology 1087 (2000). A clear violation of (18 U.SC § 1503,
Obstruction of Justice.

Civil Rights, Crimes

1.) Searches and Seizures, Const. Article 1, § 6 - 28 § 2465
2.) Right to Counsel Const. Article 1, § 8
3.) Crime Victims, Const. Article 1, § 8.1
4.) Due Process, Const. Article 1 § 2 And Equal Protections
5.) Grand Jury, Const. Article 1 § 7
6.) Indictment & Information, Const. Article 1, § 8
7.) Warrants, Const. Article 1, § 6
8.) Process & Crimes and Offenses, Const. Article 1, § 8
9.) Reservation of Rights, Const. Article 1, § 24
10.) Surveillance, Const. Article 1, § 6
11.) Venue Crimes and Offenses, Const. Article 1, § 8
12.) Corruption of Blood Conviction of crime, Const. Article 1, § 11
13.) Cruel & Unusual Punishment, Const. Article 1, § 11
14.) OATH & Affirmations, Const. Article 13, § 3
15.) Impeachment, Const. Article 4, § 14
        Judicial InQuiry Board, Const. Article, 6 § 15.
    Relief And Damages Seeking:

1.) Equitted of Charges (Harrassment, Malicious Prosecution by Frivolous
legal Claims, False Imprisonment Constitutes Traditional Tort Claims Which

PAGE    OF

result in A Personal Injury,

2) Loss of E&D Trucking LLC., Wages, Revenue, Contracts.

3) Depravation of Medical, On Medical Malpractice

4) Depravation of STATE And Federal Protected Rights, Equal Protections Act. Reinstated, FOR Voting Rights To be reinstated, Federal Immunity And Privileges under Federal Citizenship For security of the Dwelling And the Persons.

5) Prosecution of S.I.U. Credit Union For Violation of Bank and Client privileges, Misapplication of funds, False Entries and Reports, Indictments in Prosecution against National Bank officers, Agents, Employees, Solicitation,

6) Defamation of Character, Name Cleared Title 28 U.S.C. 4101

7) Compensation of Days Incarcerated $30,000.00 A month

8). Monetary And Punitive Damages

9) Preliminary InJunction; Prosecutorial Misconduct, Police, Sheriff's, Correct Corrections officers Misconduct, Harrassment, Threats, AGGravated Stalking.

10) Permenant InJunction-for Federal protections against From Physical, Libel, Slanderous Comments, Physical Harm, Threats, Credibility InJuries, InJunctive Relief under 29 U.S.C.

11) Attorney Fee's 29 U.S.C. §216 (b) And Additional liquidated Damages, Of Mental Distress, Pain & Suffering.

A) 16 C.F.R. 1.98 (c); 15 U.S.C. 45 (1) Unfair deceptive Act $43,280.00.

B) 16 C.F.R. 1.98. (M); 15 U.S.C. 1681 S (a)(2) Knowing Violations $4,063.00 per Count of the Violation.

C) 16 C.F.R. 1.98 (1); 42 U.S.C. 6395 (b) Willful Violations $43,280.00.

D) Declaratory Judgment 28 Appendix U.S.C. Section 57; Obtaining under 28 U.S.C. §2201.

C.C.A.7 (Jll.) 1943 - An "InJunction" protects Civil Rights From Irraparabl InJury, either by Commanding Acts To be done, or preventing their Commission and Decree in such Action is an AdJudication of the facts and LAW Applicable Thereto

PAGE   OF

## V. ATTACHED PAGE

3) Disqublifications, Judges, Justices, Complaints, CIR JMD Rule 1 of Negligence, FRAUD, Deception, Failure to UPHOLD Constitutional provisions, LAWS, STATE And Federal And Due process and Equals rights protections, UPHOLD Fair Equality within the Courts, Failure to File SANCTIONS Against Prosecutor's PHillip Butler, ABBY DINN, Kevin Popit, ED Dorcey, And Attorney Aaron Hopkins For their Violations of Discovery Orders, Due process, Deception and Fraud Article 17, Sections (5), (15), (20), (25), Malpractice ATTORNEY's, Civil Relief, Professional Misconduct of Obstructing Justice, Conspiracy to Obstruct Justice, Negligence in preparing, filing And serving 14:269,270.

1) Fraud And Deciet - 41475, 502, 504, 506
2) TAX Fraud
3) Ineffective Assistance of Counsel.
4) damages for professional Misconduct/Neglisence, 14:289-291
5) Excessive ACTS AS grounds for Discipline
6) Review in Action For Professional Neglisence
7) disciplinary proceedings, Supra discovery.
8) Libel And Slander, Malicious defamation
9) "Malicious Prosecution" is Harassment by Frivolous Legal Claims
10) Humiliation or Indignity, False Imprisonment
11) MOB violence Statute, Liability
12) Claims For Damages Caused by Investigative or LawEnforcement Officers Acting within scope of Employment, 31 U.S.C.A. §§ 3723, 3724.
13) Irraparable Injury - Rule 280
14) Criminal prosecution and Enforcement.
15) Medical Malpractice protection under the Federal Tort Claims Act: protecting Claimants.
16) "Neglect" Warranting Relief from Default Judgment.

19 American LAW Reports, Federal 761, Federal Rule of Civil Procedure Rule 60 (B), The Rule Does NoT Limit Power of Federal District Court to set Aside Judgment For "Fraud upon the Courts), Permanant - INJUNCTIONS - Rule 1032 - Equitable, ESTOPPel, Conviction Voin AB INITIO FOR VIOLATION of Discovery Procedure

Eric L. Wakefield

VS.

DEBORAH WAKEFIELD/CORZINE,    Case No: 22-CV-01767-NJR
Assistant Manager LISA S.I.U.    DISMISSED — Stated Needed $75,000.
Credit Union,    Loss; Civil Rights, Theft of Money $17,248.00
   And money's other Accounts, Case

Eric Wakefield

VS.    Case No: 22-CV-01770-DWD
PHillip ButLER,    DISMISSED Plus strike, Should Not
ABBY DINN, DISTRICT    Have Been dismissed Due To Failure
ATTORNEy's OFFICe,    To state A Claim When Eric Did send A
Claim on Sept. 12, 15, 21 of 2022 of 23 pages Sent To the UNITED
STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF ILLINOIS, But was
intercepted, Mail Obstructed by Christopher Edwards of U.S.
Marshall's office In Benton, IL., Proof of this claim. See
Sufficiency of Claim Conley V. Gibson 605/28, 355 U.S. 41, 78 S.CT.
99, 2 L. Ed2d 80 (1957) In Pp. 45 Par. 12 (Appraising Sufficiency of complaint
Follow Accepted Rule, A Complaint Should Not be Dismissed for failure to
State A Claim) Serious Depravation of Medical, Federal, State Constitutional
Rights, Judicial Deliberate Indifference, (would Knittle Him to relief, The
Simple Guide of Rule 8 (f) All Pleadings shall be so Construed As to do
Substantial Justice of the outcome, Facilitate A proper decision on
the Merits, C.F. Mary V. Grasselli Chemical Co, 303 U.S. 197, 58 S.CT. 507,
82 L. Ed, 745, The Judgment is Reversed and Cause Remanded to District
Court for Further Proceedings, It is so order, Just Like Case No: 21-
CU-0867-JPG, Knowledge of the Incident by GAGE DAmell, Jacob
Barton on Dec. 27, 2020, CANNOT Be Assessed A "strike" Under P.L.R.A.
Eleventh Circuit, A Prisoner Dismissed, The Prison Litigation Reform Act (P.L.R.A) 42
U.S.C § 1997 (e), "raises Several Barriers", Cases dismissed because were frivolous,
malicious, or failed to State A claim, which relief may be Granted, Substitute A
Voluntary dismissal for Judgment, Pursuant To Rule 41 (a) See: Smith V. William
67 f. 4 th. 1139 (11th. Cir. 2023), Malicious Prosecution, 7 B.O.F. 2d 181 C.A. 7 (Ill) 2009, OF
"Malicious Prosecution" is Harrassment by Frivolous legal Claims, Outreach —
PAGE  OF

Conference Center V. City of Chicago, 591 F.3d 531, on remand 949 F.Supp.2d 836, Affirmed in part, reversed in part and remanded 787 F.3d 839; C.A.7 (Ill.) 2006- Under ILLINOIS LAW, both Malicious Prosecution and False Imprisonment Constitutes Traditional Tort Claims which result in A Personal Injury. Evans V. City of Chicago, 434 F.3d 916; See Also People V. Eric Wakefield (Ill. mar. 2023

C.A.7 (Ill.) 2006- Under ILLINOIS LAW, Both Malicious Prosecution and False Imprisonment, Arrestee Stated A claim against City for maliciously prosec-uting/prosecuting Him in violation of (IL. State LAW); Arrestee, that Police officer and city officials Created A false story, Was Subjected to Judicial Proceedings which Was Evidence of the prosecutor Instituted those Proceedings maliciously, He Was Aquitted of the charges, the malicious Prosecution Caused Him Injury by Causing Him to Lose his Liberty, Legal Expenses and suffer Emotional distress, Lyttle V. Killackey, 528 F.Supp.2d 818, on reconsideration 546 F.Supp. 2d. 583. Also AS IN RE: People V. ERic Wakefield (Ill. mar. 2023).

ILL. App. 1st. District 2017- IT is NOT the Case or the Innocence of the Accused that is at Issue, instead the malicious Prosecution, it is the State of mind of the one Commencing the Prosecution-Burrell V. Village of Sauk Village, 420 Ill. Dec. 290, 96 N.E. 3d 375. AS IN (PEOPle V. Eric Wakefield) of Fabricated Evidence, Tampering of Evidence, Suppression of Evidence, Tampering of Witnesses, Computer Fraudulent Tampering, Theft of Funds, Properties, Vehicles.

C.A.7 (Ill.) 1983- IT is A Defense to A Charge, against A Police officer For malicious Prosecution Under Color of LAW, the way the Arrest Was made, Conducted, the search and Siezure Was Conducted 42 U.S.C.A. §1983 Lenard V. Argento, 699 F.2d 874, Certiorari denied 104 S.Ct.69, 464 U.S. 815, 78 L.Ed.2d 84, on remand 1985 WL 599, Vacated 808 F.2d 1242, On remand 1988 WL. 20081, Appeal After remand 808 F.2d 1242, on remand 1988 WL 20081.

Federal Magistrate ACT 28 U.S.C. §636 District Judge Refer petitio Pititions, MOTIONS, and or Conduct Appropriate Proceedings Pub.L. 94-577,90 Stats. 2729. (183 Ill.2d. 392) but Involves in prosecutorial prosecution Misconduct and constitutes A Corruption of the Truth-Seeking Function of the Trial Process, AGURS, 427, U.S. AT 104, 96 S.Ct. At 2397, 49, L.Ed. 2d. At 350. The Conviction must be Set Aside.

PAGE    OF

Eric L. Wakefield
VS
Christopher Police
Dept. Sgt. Kendall Long,

CASE NO:22-CV-01764-JPG
Dismissed needed to be Filed Under
Federal Torts CLAIM ACT 28 U.S.C.
§§1346, 2674-80

Eric L. Wakefield
VS.
Franklin County Courts
Kevin Popit, Aaron Hopkins,
Ed Dorcey,

Case NO:22-CV-01772-JPG
DISMISSED, STATING Immunity,
But Attorney's DO NOT HAVE
Immunity FOR VIOLATIONS OF
Constitutional LAWS, STATE And Federal rights Violations
And LAWS. UNDER Legal Malpractice, Fraud, Negligence OF
Attorney's, TAX Fraud, Fraud And Deciet, Conflicts of Interest,
Intentional Infliction, Intent, Criminal Contempt 42§2000h, Inter-
ference, 42§1985, Accomplices, Accessories (After the Fact) Aiding & Abetting,
Hindering, Harboring, Obstruction, Obstructing Justice, Miscarriage of Justice,
Fraudulent Concealment Securities LAW, OATHS And Affirmation, §§578, Theft,
Attorney's-cont'd, AM JUR Trials-Defamation, Actual Malice, 14 P.O.F.2d 49§§1,7.
Professional Misconduct, Moral Turpitude, SANCTIONS For Misconduct. I.A.C,
Violation of Professional Conduct Rules 8.3, 8.4, 2.15 Judicial Misconduct,
Biased And Prejudiced Violations of Supreme Court Rules; The Untrammeled and
unimpaired Assistance of Counsel Free of Any Conflicts of Interest and unrestraine
by Commitments to others and other Causes, Commonwealth V. Hodse, 434 N.E.2d 1246
(Mass 1982); Strickland V. Washington, 466 U.S. 668 (1984) Under Article 12 of State Constitut.
See People V. SCOTT Murdaugh; Also People V. Alec Baldwin Prosecutor
Withheld Evidence to Courts, As in People V. Eric Wakefield Case,

Eric L. Wakefield
VS.
JACOB BARTON, Judgment Rendered, TO JACOB Barton,
GAGE DARNELL. Court Error in GAGE Darnell Being Dismissed
Obstructed Mail To Appeal!
PAGE  OF

CASE NO: 21-0867-JPG

Eric L. Wakefield
VS.
DAVID BARTONI,   Case No: 22-01766-JPG
Pending, Consent of Magistrate Judge,
Sent A Motion For Status on July 13,
2024, have Not Recieved Status on case
yet.

UNDER 18 American Law Reports, Federal 2nd series 223,
Construction and Application of Class-Action Fairness Act of 2005, Pub.
L. 109-2, 119 Stat. 4 (2005) All Cases Need To be Combined, Altogether
With Complaints made of MOB Violence, MOB Affiliated, Convened
to Contra Eric Wakefield, they Contrive, Contributed in Contrivance
of Malice, Malign, Malevolent and Malfeasance of misconduct of
Fraudulent Concealment, Active Concealment, Aid And ABet, Aider and
Abettor, in Aiding, Hindering and Harboring A Felonious Crimes of
Deciet, Fraud, Theft, of monies, money's, Securities and the
Conversant racketeer Needs to be Tranferred From A Civil
Rights Complaint pursuant to 42 U.S.C. §1983 TO:

As This is Proper:
1) Civil Complaint pursuant to the Federal Tort Claims Act, 28
U.S.C §§ 1346, 2671-2680, and Other Laws, Federal Constitutional Laws
Felonious MOB VIOLENT ATTACK on Private Property registered
to Eric Wakefield owner of 302 N. Emma Christopher, IL. 62822
For the AGGRAVATED Battery, ATTEMPTED MURDER Against
ERIC Wakefield, The Beating Eric Took Within His Dwelling
By the AGGRESSOR's/Perpetraitor's that Deborah had
Solicitated, Contrive the Convened Contrivance Scheme
of Defamation to Character And Malice malign Conduct
to Decieve these People over Money, Properties For
personal GAin on UNTruthful SLAnderous Acts to
Ruin Eric's reputation, Credibility.
2) Causing the Wrong Person of Defense To, Cause of the
Multiple Blows to the Head, Swelling of the face, Skull,
Around the Eyes of Blurred Vision and Trauma.
PAGE   OF

See ATTacHED PAGE

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

1) Asking United STATES CouRTS To CLEAR ERIC WAKEFIELD's NAME OF PERJURED MALICE, Malign, malevolent, malfeasance convened To Contrive and contrivance Scandelous Scheme by Contributory FRaud, Deciet, And Deceptive ACTS FOR THEIR personal GaINS of Aiding and ABBETTing, ABETTing Hindering and Harboring Deception Cause of who they KNOW To Cover-up their MESS.

2) Resignations, CIR Disc, Rule 3 Violations

## VI.    JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: Sept. 10, 2024 (date)

DANVILLE Correctional CENTER
3820 E. main street
**Street Address**

DANVILLE, ILLINOIS 61834
**City, State, Zip**

**Signature of Plaintiff**

Eric L. WAKEFIELD
**Printed Name**

Y58277 // 201900235
**Prisoner Register Number**

N/A
**Signature of Attorney (if any)**

Rev. 10/3/19

# AFFIDAVIT OF AFFIRMATION
## - UNDER PENALTY OF PERJURY -

PAGE 4 OF 5

Under Penalty of Perjury As defined in 735 ILCS 5/1-109, THAT Everything Contained herein Is True And Accurate To The Best of My Knowledge And Belief. I Further declare And Affirm, That The Contents of the Foregoing documents Are known To Me And Are Accurate to the Best of my knowledge And Belief. Finally, I do declare And Affirm that the Matter At Hand is NOT Taken Either Frivously or Maliciously And that I believe the foregoing Matter is Taken In Good Faith.

Signed on this 29 day of August, 2022

_Eric Wakefield_
(Signature) Affiant,

Eric Wakefield
(Print Name)

PAGE 5 OF 5

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this _Personal DiaLOG_ ___ was (mailed) delivered

UNITED STATES CLERK (Name of Document)
Southern District of ILLINOIS for the

to _750 Missouri Ave. East St. Louis, IL. 62201_ on _8/29/2022_
(Name and Address of Party/Attorney)           (Date)

_Wakefield_
Signature

_Eric Wakefield_
Printed Name

PAGE 5 OF 5

---

12.    Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.    You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4