IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC L. WAKEFIELD, Y58277,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil No. 24-cv-02150-SMY |
| | ) |
| **ANTHONY SCOBLE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This case is now before the Court for case management. On February 14, 2025, the Court determined that Plaintiff did not qualify for *in forma pauperis* (IFP) status under 28 U.S.C. § 1915(g). (Doc. 19). He "struck out" by filing 3 or more civil suits as a prisoner that were dismissed for being frivolous or malicious, failing to state a claim, or seeking damages from an immune defendant. He also alleged no imminent danger of serious physical injury necessary to overcome the three-strikes bar to litigation and proceed IFP. *See* 28 U.S.C. § 1915(g). As a result, Plaintiff was ordered to prepay the full $405.00 filing fee and file an amended complaint no later than March 19, 2025 and was warned that failure to do *both* would result in dismissal of this action with prejudice.

Plaintiff did not comply with the order by the deadline. Although he filed an amended complaint, he still owes $363.46 for the filing fee and has not requested or received an extension to pay the balance.

Accordingly, this case is **DISMISSED** with prejudice based on Plaintiff's failure to comply with the court order (Doc. 19) to prepay his filing fee. *See* FED. R. CIV. P. 41(b); *Ladien v.*

1

*Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee was incurred at the time it was filed, so the full fee of $405.00 remains due and payable (current balance $363.46). *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  April 7, 2025**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**